No. 77–1739. RYAN ET AL. *v.* DONNELLY. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 77–1740. PHILLIPS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–1741. HOLLADAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–1742. STATE TAX COMMISSION, DEPARTMENT OF TAXATION AND FINANCE OF NEW YORK *v.* HOLLY S. CLARENDON TRUST. Ct. App. N. Y. Certiorari denied.

No. 77–1744. BARNES, COMMISSIONER OF CORPORATIONS OF CALIFORNIA *v.* HEWLETT-PACKARD CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 77–1745. GDOWIK *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 77–1746. FAYER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–1747. NATIONAL LAND FOR PEOPLE, INC. *v.* ANDRUS, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–1748. McCULLOCH GAS PROCESSING CORP. *v.* CANADIAN HIDROGAS RESOURCES, LTD., ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 77–1749. PEREZ *v.* BORCHERS, DISTRICT ATTORNEY, 49TH JUDICIAL DISTRICT, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–1750. MICHIGAN NATIONAL BANK *v.* MARSHALL, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied.